# United States Court of Appeals
## For the First Circuit

No. 13-1085

IN RE: GENZYME CORP. SECURITIES LITIGATION,

DEKA INTERNATIONAL S.A. LUXEMBOURG; CITY OF EDINBURGH
COUNCIL AS ADMINISTERING AUTHORITY OF THE LOTHIAN PENSION
FUND; GOVERNMENT OF GUAM RETIREMENT FUND,

Plaintiffs, Appellants,

VIVIAN OH, individually and on behalf of all other
similarly situated; JON RAHN, individually and on behalf
of all others similarly situated;
GENZYME INSTITUTIONAL INVESTORS,

Plaintiffs,

v.

GENZYME CORPORATION; HENRI A. TERMEER; DAVID P. MEEKER;
MICHAEL S. WYZGA; ALLISON LAWTON; MARK R. BAMFORTH;
GEOFFREY MCDONOUGH,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on June 5, 2014, is amended
as follows:

On page 6, line 6: replace "David Termeer" with "Henri
Termeer"

On page 25, line 14: delete the apostrophe in "Plaintiffs'
claim" to read: "Plaintiffs claim"